JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL PAUL SANDERS, | Case No. CV 25-5595 JFW (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LANCASTER PRISON and C.D.C.R. STAFF, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  February 6, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE